## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

KURT L. STEDING, JR. AND WENDY
STEDING, HUSBAND AND WIFE,

                Petitioners

         v.

MUTUAL BENEFIT INSURANCE CO.
D/B/A MUTUAL BENEFIT GROUP,

                Respondent

:  No. 213 WAL 2017
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 14th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.